

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Rodney Wilford Wede, Appellant

No. 06-18-00220-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 60894). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Rodney Wilford Wede, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 26, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk